IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 22-cr-00495 |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **CHADWICK LYNN MILLER,** | |
| **Defendant.** | **MEMORANDUM OPINION & ORDER** |

Before the Court is Defendant Chadwick L. Miller's ("Miller") Motion for Immediate Release of Personal Property filed on February 3, 2024.  (Doc. No. 56.)  On January 26, 2024, the Court denied the United States of America's ("the Government") Motion for Court Ordered Psychotropic Medication and ordered Miller's return to the Northern District of Ohio and release from custody. (Doc. No. 55.)  Miller is scheduled to be returned to Ohio and released from custody on February 5, 2024. (Doc. No. 56.)  He asks that his wallet, bank cards, driver's license, cash, passport, United States Postal Service Money Orders, cell phones, and computers be returned to him by 12:00 p.m. on February 5, 2024, so that he has "the money and means" to travel back to Arkansas where he was living before his arrest.  (*Id*.)  The Government responds that it has no authority to release any of Miller's personal property that may be considered evidence.  (*Id*.)

The Court GRANTS IN PART and DENIES IN PART Miller's Motion for Immediate Release of Personal Property, as follows.  The Government shall return to Miller or his counsel his wallet, bank cards, driver's license, cash, passport, and money orders by 12:00 p.m. on February 5, 2024.  However, the Government shall retain custody of Miller's cell phone and computers.  These electronic devices are evidence of the crimes alleged in the indictment against Miller, which is still

pending before the Court. The Court ordered the Government to either seek leave to dismiss the indictment or show cause why it will not do so by February 7, 2024. Accordingly, the Court will reconsider Miller's Motion for Immediate Release regarding his cell phone and computers at that time.

    **IT IS SO ORDERED.**

Dated: February 5, 2024                         *s/ Pamela A. Barker*
                                                                        PAMELA A. BARKER
                                                                        UNITED STATES DISTRICT JUDGE